# Court of Appeals
# of the State of Georgia

ATLANTA,  July 21, 2020

*The Court of Appeals hereby passes the following order:*

**A20A1153. ANDREW DEWAYNE MARTIN v. THE STATE.**

The Appellant in the above-styled case has filed a Motion For Voluntary Dismissal of Appeal.  Pursuant to Court Rule 41(g)(2), said motion is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  07/21/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____ *, Clerk.*